UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

_____

                                    ]
                                    ]
In re FEDEX GROUND PACKAGE          ]        Cause No. 3:05-MD-527 RM
SYSTEM, INC., EMPLOYMENT            ]               (MDL-1700)
PRACTICES LITIGATION               ]
                                    ]
_____    ]        THIS DOCUMENT RELATES
                                    ]        TO ALL CASES

OPINION AND ORDER

On December 9, the court gave notice to the parties of its proposal to close 3:05-CV-720 as an identical case to 3:05-CV-668. Ten days has passed without objection, so the court now ORDERS 3:05-CV-720 closed. This order has no impact on the legal rights of any party involved.

SO ORDERED.

DATED: December 20, 2005

                                    /s/ Robert L. Miller, Jr.
                                    Chief Judge
                                    U.S. District Court